UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Michael D Torres  
    Heather L Jordan-Torres  
        Debtor(s)

Case No. 15-09895

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/19/2015.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 06/08/2015.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 3.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,850.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$0.00**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$0.00**

Attorney fees paid and disclosed by debtor:   $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLIED COLLECTION SERV | Unsecured | 553.00 | NA | NA | 0.00 | 0.00 |
| ALLIED COLLECTION SERVICES | Unsecured | 3,667.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE INC | Unsecured | 345.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE | Unsecured | 562.92 | NA | NA | 0.00 | 0.00 |
| ARNOLD HARRIS/ILLINOIS TOLLWAY | Unsecured | 211.00 | NA | NA | 0.00 | 0.00 |
| ATLAS ACQUISITIONS | Unsecured | 870.00 | NA | NA | 0.00 | 0.00 |
| BLACKHAWK FINANCE | Unsecured | 4,481.00 | NA | NA | 0.00 | 0.00 |
| CNAC IL I115 | Unsecured | 8,490.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROF/LASALLE | Unsecured | 76.50 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 4,704.61 | NA | NA | 0.00 | 0.00 |
| CREDIT PRT ASSO | Unsecured | 1,287.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PRT ASSO | Unsecured | 1,286.00 | NA | NA | 0.00 | 0.00 |
| CREDITOR DISCOUNT & A | Unsecured | 3,682.34 | NA | NA | 0.00 | 0.00 |
| CYBRCOLLECT | Unsecured | 101.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 419.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR COMPANY | Unsecured | 36,256.53 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPLOYMENT SECURITY | Unsecured | 14,253.25 | NA | NA | 0.00 | 0.00 |
| PREMIERE BANKCARD | Unsecured | 334.69 | NA | NA | 0.00 | 0.00 |
| RESIDENT COLLECT | Unsecured | 3,667.25 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY | Unsecured | 1,071.00 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY INC | Unsecured | 508.00 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY INC | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION US DEPT OF ED/GSL/AT | Unsecured | 3,283.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION US DEPT OF ED/GSL/AT | Unsecured | 2,634.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION US DEPT OF ED/GSL/AT | Unsecured | 1,655.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---|---|---:|---:|
| EDUCATION US DEPT OF ED/GSL/AT. | Unsecured | 1,271.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION US DEPT OF ED | Unsecured | 3,172.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION US DEPT OF ED | Unsecured | 2,545.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION US DEPT OF ED | Unsecured | 1,587.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION US DEPT OF ED | Unsecured | 1,228.00 | NA | NA | 0.00 | 0.00 |
| APEX CAPITAL | Unsecured | 7,903.00 | NA | NA | 0.00 | 0.00 |
| ATLAS ACQUISITIONS | Unsecured | 252.02 | NA | NA | 0.00 | 0.00 |
| EMMETT ZARAGUZA | Unsecured | 2,844.00 | NA | NA | 0.00 | 0.00 |
| KENT & STEPHANIE BJURSTROM | Unsecured | 8,152.00 | NA | NA | 0.00 | 0.00 |
| PATRICIA & JOHN KOUKAS | Unsecured | 3,267.00 | NA | NA | 0.00 | 0.00 |
| PRESENCE HEALTH/ST JOSEPH HOSI | Unsecured | 562.92 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 898.45 | NA | NA | 0.00 | 0.00 |
| CAPITAL RECOVERY/ANIMAL CLINIC | Unsecured | 438.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLL/ASSOC RADIOLOC | Unsecured | 292.00 | NA | NA | 0.00 | 0.00 |
| ENHANCES REC/AT&T | Unsecured | 516.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS/AT&T MIDWEST | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUIS/BK OF AMERICA | Unsecured | 1,094.00 | NA | NA | 0.00 | 0.00 |
| AFNI/DIRECT TV | Unsecured | 247.00 | NA | NA | 0.00 | 0.00 |
| EOS CCA / AT&T | Unsecured | 288.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT/HALC SECTIC | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROF/HAMPTON PK AN | Unsecured | 142.50 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING/HSBC | Unsecured | 737.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROF/LOCKPORT DEN' | Unsecured | 119.77 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 715.00 | NA | NA | 0.00 | 0.00 |
| OMNI CREDIT SERV | Unsecured | 176.00 | NA | NA | 0.00 | 0.00 |
| COMMONWAELTH FIN/PRAIRIE EME | Unsecured | 231.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROT/REPRODUCTIVE H | Unsecured | 531.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROF/RTE 30 VIDEO | Unsecured | 20.94 | NA | NA | 0.00 | 0.00 |
| NCO FIN/SAGE TELECOM | Unsecured | 215.00 | NA | NA | 0.00 | 0.00 |
| SECURITY FIN | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION/SILVER CROSS | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| MILLENIUM CREDIT CONS/TCF BANI | Unsecured | 662.00 | NA | NA | 0.00 | 0.00 |
| TRIDENT ASSET MGMT | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 909.00 | NA | NA | 0.00 | 0.00 |
| TITLE MAX OF ILLINOIS | Secured | 500.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$0.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/29/2015             By:/s/ Glenn Stearns
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**